

# IN THE
# TENTH COURT OF APPEALS

_____

**No. 10-21-00125-CR**
**No. 10-21-00126-CR**
**No. 10-21-00127-CR**
**No. 10-21-00128-CR**

**EX PARTE CEDRIC BERNARD JAMES**

_____

**From the 12th District Court**
**Walker County, Texas**
**Trial Court Nos. 29,580, 29,582, 29,584, and 29,578**

---

## MEMORANDUM OPINION

---

Appellant Cedric Bernard James was charged by indictment with the following

offenses:

- Trial Court Cause No. 29,578 - injury to a child, elderly individual, or disabled individual;

- Trial Court Cause No. 29,580 – injury to a child, elderly individual, or disabled individual;

- Trial Court Cause No. 29,582 – robbery; and

- Trial Court Cause No. 29,584 – burglary (Count I) and injury to a child, elderly individual, or disabled individual (Count II).

James subsequently filed a pretrial application for writ of habeas corpus in each cause seeking a bail reduction. The trial court denied each application, and James appealed from each of the trial court's orders.

During the pendency of these appeals, James pleaded guilty, pursuant to a plea agreement, to the offense of injury to a child, elderly individual, or disabled individual in Trial Court Cause No. 29,578. The trial court deferred an adjudication of James's guilt and placed him on deferred adjudication community supervision for eight years. Additionally, the trial court dismissed the other causes—Trial Court Cause Nos. 29,580, 29,582, and 29,584.

James is therefore no longer subject to pretrial confinement for the charged offenses. Accordingly, these appeals challenging the trial court's denial of James's pretrial applications for writ of habeas corpus have been rendered moot. *See Ex parte Tucker*, 3 S.W.3d 576, 576 (Tex. Crim. App. 1999) (per curiam); *Martinez v. State*, 826 S.W.2d 620, 620 (Tex. Crim. App. 1992); *see also Ex parte Poulis*, No. 03-19-00906-CR, 2020 WL 4726744, at *1 (Tex. App.—Austin Aug. 12, 2020, no pet.) (mem. op., not designated for publication). We thus dismiss these appeals as moot.


MATT JOHNSON
Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Dismissed

Ex parte James                                                                                          Page 2

Opinion delivered and filed September 29, 2021
Do not publish
[CR25]

